UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:14CR264 |
| V. | ORDER |
| TRAVIS DEON ROSEBORO | |

This MATTER is before the Court on Defendant's Pending Motion, (Doc. No, 43) Motion for Early Termination of Probation/Supervised Release is relating to his custodial sentence is denied as moot. He was released from prison on April 16, 21 and released from Probation on September 27, 2022.

IT IS ORDERED, that Defendant's Motion (Doc. No. 3) is **DENIED AS MOOT.**

Signed: October 5, 2022

Frank D. Whitney
United States District Judge